UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INELLSWILLEY WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN STEWART PROPERTY MANAGEMENT, et al.,<br><br>　　　　Defendants. | No.  2:25-cv-02940 DJC CKD (PS)<br><br><br>ORDER |

Plaintiff is proceeding in this action pro se.  Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis.  This proceeding was referred to this court by Local Rule 302(c)(21).

Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).

The federal in forma pauperis statute authorizes federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2).  Plaintiff asserts claims of harassment, housing discrimination, landlord neglect, and failure to provide reasonable accommodations, but does not allege that defendants have violated

1

1  any federal law.  Plaintiff alleges that defendants have not responded to housing problems caused
2  by plaintiff's neighbor, nor have they moved plaintiff's family to another unit as requested.
3  Plaintiff's brief and conclusory allegations do not state a federal claim against any defendant.
4      The federal courts are courts of limited jurisdiction.  Without a basis for federal
5  jurisdiction, plaintiff's claims cannot proceed in this venue.  Plaintiff has not alleged a violation
6  of federal law; rather, her claims concern landlord-tenant issues, which are generally governed by
7  state law.  Because there is no basis for federal jurisdiction evident in the complaint, plaintiff will
8  be ordered to show cause why this action should not be dismissed.  Failure to allege a proper
9  basis for jurisdiction will result in a recommendation that the action be dismissed.
10     Accordingly, IT IS HEREBY ORDERED that:
11     1.  Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;
12     2.  No later than December 17, 2025, plaintiff shall show cause why this action should not
13 be dismissed for lack of jurisdiction.
14 Dated:  December 2, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21 2/will2940.ifp-nojuris

2