UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INELLSWILLEY WILLIAMS, | No.  2:25-cv-02940 DJC CKD (PS) |
| Plaintiff, | |
| v. | ORDER |
| JOHN STEWART PROPERTY MANAGEMENT, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se and in forma pauperis.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On December 30, 2025, the Magistrate Judge filed findings and recommendations herein which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections.  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The December 30, 2025 findings and recommendations (ECF No. 4) are adopted in full;

1

2.  This action is dismissed for lack of jurisdiction; and

3.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 13, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE